# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**M & I BANK FSB,**

    **Plaintiff,**

**vs.**                                       **CASE NO. 5:10cv313/RS-GRJ**

**GREAT SOUTHERN RIVERWALK,**
**INC., et al.**

    **Defendants.**
_____/

## ORDER

The Clerk is directed to transfer this case to the Pensacola Division.

**ORDERED** on December 9, 2010.

                                             **/s/ Richard Smoak**
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**